SUPERIOR COURT

OF THE

DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on July 8, 1996

99-5281-AEV

| | |
|---|---|
| THE UNITED STATES OF AMERICA : | Criminal No: F-5986-96 |
| v. | Violation: 22 D.C. Code 3204(a); 6 D.C. Code 2311(a); 2361(3); 22 D.C. Code 3214(b) |
| CARLOS A. PEREZ ALSO KNOWN AS CARLOS A. ORTIZ PDID: 473-164 | (Carrying a Pistol Without a License (Outside Home or Place of Business); ; Possession Of Unregistered Firearm; Unlawful Possession Of Ammunition; Possession of a Prohibited Weapon) |

FILED by ___ D.C.
JUL 23 1999
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

The Grand Jury charges:

FIRST COUNT:

On or about July 10, 1996, within the District of Columbia, Carlos A. Perez, also known as Carlos A. Ortiz, did carry, openly and concealed on or about his person, in a place other than his dwelling place, place of business or on other land possessed by him, a pistol, without a license issued pursuant to law. (Carrying a Pistol Without a License (Outside Home or Place of Business), in violation of 22 D.C. Code, Section 3204(a))

A TRUE COPY
TEST  JUL 23 1999
Mark Superior Court of the District of Columbia
By _____
Deputy Clerk

SECOND COUNT:

D  On or about July 10, 1996, within the District of Columbia, Carlos A. Perez, also known as Carlos A. Ortiz, did possess a certain pistol, without being the holder of a valid registration certificate. (Possession Of Unregistered Firearm, in violation of 6 D.C. Code, Section 2311(a))

THIRD COUNT:

E  On or about July 10, 1996, within the District of Columbia, Carlos A. Perez, also known as Carlos A. Ortiz, did possess ammunition without being the holder of a valid registration certificate for a firearm. (Unlawful Possession Of Ammunition, in violation of 6 D.C. Code, Section 2361(3))

FOURTH COUNT:

F  On or about July 10, 1996, within the District of Columbia, Carlos A. Perez, also known as Carlos A. Ortiz, did have in his possession a dagger, with intent to use it unlawfully against another. (Possession of a Prohibited Weapon, in violation of 22 D.C. Code, Section 3214(b))

*[signature]*
Attorney of the United States in
and for the District of Columbia

A TRUE BILL:

^       Foreperson

A TRUE COPY
TEST: JUL 2 2 1999
Clerk, Superior Court of the
District of Columbia
by [signature]
   Deputy Clerk

NOTE: Pursuant to Act of Congress, Title 23, D.C. Code Sec. 23-563 (1981), a bench warrant issued by the Superior Court of the District of Columbia Sec. 4571 any matter may be executed at any place within the United States. An accused arrested in another jurisdiction may be treated pursuant to the Federal Rules of Criminal Procedure as if the warrant had been issued by the United States District Court for the District of Columbia.

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CRIMINAL DIVISION**

UNITED STATES OF AMERICA
DISTRICT OF COLUMBIA

Criminal No. F598-96
PDID No. 473-124
Officer in Charge _____
Issued By _____ Judge

Carlos A. Peluszka
Carlos A. Ortez
920 T ST, NW #2
Wash, D.C.

DOB: 5-11-70
Sex: M    Height: ___    Weight: ___

### BENCH WARRANT
(Valid in the District of Columbia Only)

To: United States Marshal
Chief of Police of the District of Columbia

You are hereby commanded to arrest Carlos A. Perez / Carlos A. Ortez and bring (him) (her) forthwith before the Criminal Division of the Superior Court of the District of Columbia to answer to the (indictment) (complaint) (information) (subpoena) charging (him) (her) with Carry Pistol No License / Fail to appear / Show Cause in violation of D.C. Code

Hereof fail not, and have then this writ so endorsed as to show how you have executed it.

WITNESS, The Honorable Chief Judge of the Superior Court of the District of Columbia under the seal of said Court this 9 day of January, 19 98.

Bond Set: No Bond

Superior Court of the District of Columbia

By _____ (Judge) (Deputy Clerk)

### RETURN

Received the within warrant the _____ day of _____, 19___
and executed same the _____ day of _____, 19___

A TRUE COPY
ATTEST: JUL 22 1999

By _____
Dep. Superior Court of the District of Columbia

WO 014621